JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 19-2177 JGB (KKx)** | Date | August 18, 2020 |
|---|---|---|---|
| Title | *Latesha White v. San Bernardino County Superintendent of Schools, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:      ORDER DISMISSING CASE (IN CHAMBERS)**


On June 26, 2020, the Court granted Defendant's Motion to Dismiss the First Amended Complaint with leave to amend by July 13, 2020.  (Dkt. No. 24.)  The Court has reviewed the docket and finds that no amended complaint has been filed.  Accordingly, this action is dismissed.  The Clerk is ordered to close the case.

**IT IS SO ORDERED.**